UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-23641-CIV-MORENO

MARLITE, INC.,

    Plaintiff,

vs.

ALVIN ECKENROD,

    Defendant.
_____/

## VERDICT

We, the Jury, find as follows:

### Count 6

<u>Marlite's Claim for Breach of Contract as to Section 1 of the Non-Competition Agreement</u>

1.) Do you find that Defendant Alvin Eckenrod violated the terms of his Non-Competition Agreement?

    _____      *No*
    Yes            No

*If you answered "Yes" to Question 1, your verdict is for Plaintiff Marlite, Inc.; please proceed to Question 2.*

*If you answered "No" to Question 1, your verdict is for Defendant Alvin Eckenrod on this claim and you need not answer any other question. Simply sign and date this verdict form.*

2.) Was Marlite harmed by Mr. Eckenrod's conduct?

    _____      _____
    Yes            No

*If you answered "Yes" to Question 2, your verdict is for Plaintiff Marlite, Inc. on this claim.*

*If you answered "No" to Question 2, your verdict is for Defendant Eckenrod on this claim.*

## Count 2

### Marlite's Claim for Tortious Interference with Contract

3.) Do you find that Modular Wood Systems' sales of slatwall in Florida constituted a violation of Mr. Eckenrod's Non-Competition Agreement?

_____ Yes      _____ No

*If you answered "Yes" to Question 3, your verdict is for Plaintiff Marlite, Inc. as to this claim.*

*If you answered "No" to Question 4, your verdict is for Defendant Eckenrod on this claim.*

4.) Do you find that Defendant Eckenrod intentionally engaged in the sale of slatwall in Florida after January 31, 2006?

_____ Yes      _____ No

*If you answered "Yes" to Question 4, your verdict is for Plaintiff Marlite; proceed to Question 5.*

*If you answered "No" to Question 4, your verdict is for Defendant Eckenrod on this claim.*

5.) Do you find that Marlite was harmed by Mr. Eckenrod's conduct?

_____ Yes      _____ No

*If you answered "Yes" to Question 5, your verdict is for Plaintiff Marlite on this claim.*

*If you answered "No" to Question 5, your verdict is for Defendant Alvin Eckenrod on this claim.*

### Counts 3 and 4

### Marlite's Claims for Fraudulent Inducement (Count 3) and Negligent Misrepresentation (Count 4)

6.) Do you find by the greater weight of the evidence that Mr. Eckenrod misrepresented that Modular was not selling slatwall in Florida (other than sales to Home Depot) as of January 31, 2006?

 _____ Yes   _____ No

*If you answered "Yes" to Question 6, proceed to Questions 7 and 8.*

*If you answered "No" to Question 6, then your verdict is for Defendant Eckenrod on Plaintiff's claims for Fraudulent Inducement.*

7.) If you answered "Yes" to Question 6, check whether the misrepresentation was (CHECK ONLY ONE):

 _____ Intentional   OR   _____ Negligent

8.) If you answered "Negligent" to Question 7, you can assign a percentage of negligent fault between the parties as follows:

+ Defendant Eckenrod: _____ %
= Plaintiff Marlite: _____ %
 TOTAL: 100 %

9.) Did Marlite justifiably rely on Mr. Eckenrod's misrepresentation?

 _____ Yes   _____ No

*If you answered "No" to Question 9, then your verdict is for Defendant Eckenrod on Plaintiff's claim for Fraudulent Inducement and Negligent Misrepresentation.*

*If you answered "Yes" to Question 9, your verdict is for Plaintiff Marlite, Inc. on Plaintiff's claim for Fraudulent Inducement and Negligent Misrepresentation.*

SO SAY WE ALL.

Date: 11-01-2012

_____
Foreperson - Printed

_____
Foreperson - Signature